UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>          Petitioner,<br><br>     v.<br><br>BETHANY LIOU, et al.,<br><br>          Respondents. | Case No. 20-mc-80163-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 1 |

Upon the Application filed by Petitioner the Securities and Exchange Commission ("SEC"), the Court HEREBY ORDERS Respondents Bethany Liou and Golden California Regional Center, LLC (collectively, "Respondents") to Show Cause why the SEC's Application should not be granted. Respondents shall file a response to this OSC by no later than October 19, 2020. The SEC may file a reply in support of its Application by no later than October 29, 2020. The Court shall hold a hearing on the SEC's Application and the OSC on November 16, 2020 at 9:30 a.m.

The Court FURTHER ORDERS that the SEC shall serve a copy of its Application and this OSC on Respondents by no later than September 29, 2020 and file a proof of service by no later than October 1, 2020.

**IT IS SO ORDERED**.

Dated: September 25, 2020

_____
SALLIE KIM
United States Magistrate Judge