ROBERT B. HUNTER (SBN 124844)
JOSETTE D. JOHNSON (SBN 195977)
**Fidelity National Law Group**
**The Law Division of Fidelity National Title Group, Inc.**
1550 Parkside Drive, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 280-3368
Facsimile: (925) 930-9588
Email: Josette.Johnson@fnf.com

Attorney for Garnishee
FIDELITY NATIONAL FINANCIAL, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISS, <br><br> Plaintiff/Petitioner, <br><br> vs. <br><br> BETHANY LIOU AND GOLDEN CALIFORNIA REGIONAL CENTER, LLC, <br><br> Defendants/Respondents, <br><br> -and- <br><br> FIDELITY NATIONAL FINANCIAL, INC. including all subsidiaries, affiliates and related agents, <br><br> Garnishee. | Case No.: 20-mc-80163-SK <br><br> **ANSWER OF FIDELITY NATIONAL FINANCIAL, INC. TO WRIT OF GARNISHMENT** |

COMES NOW FIDELITY NATIONAL FINANCIAL, INC. ("Fidelity") and responds to the Writ of Garnishment served by the United States Securities and Exchange Commission in the above-referenced matter as follows.

Fidelity received the Writ of Garnishment on April 11, 2022. The Defendant Bethany Liou is not an employee of Fidelity. Defendant Bethany Liou has previously been a party to escrow transactions handled by a subsidiary entity of Fidelity, however, neither Fidelity, nor its subsidiary

///

1
ANSWER OF FIDELITY NATIONAL FINANCIAL, INC. TO WRIT OF GARNISHMENT

entities, has within its possession, custody, or control, any property in which Defendant Bethany Liou has an interest.

As a result, this Order is not effective and Fidelity requests that it be withdrawn.

Dated:  April 21, 2022	FIDELITY NATIONAL LAW GROUP
	THE LAW DIVISION OF FIDELITY NATIONAL TITLE GROUP, INC.

	By: /s/ Josette D. Johnson
	JOSETTE D. JOHNSON
	Attorney for Garnishee
	FIDELITY NATIONAL FINANCIAL, INC.